UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
GREGORY HARVEY,                            :
                        Plaintiff,         :    09 Civ. 6310 (DLC)
                                           :
            -v-                            :         ORDER
                                           :
DR. HALKO, DR. BOTCHI, and APS HEALTH      :
ORGANIZATION,                              :
                        Defendants.        :
                                           :
-------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-10
```

DENISE COTE, District Judge:

ORDERED that the February 5, 2010 initial pretrial conference is rescheduled to **February 19, 2010** at 2 **p.m.** in Courtroom 11B, 500 Pearl Street.

Dated:    New York, New York
          February 4, 2010

                              _____
                                       DENISE COTE
                              United States District Judge

COPIES MAILED TO:

Gregory Harvey
07-A-3479
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562

Inna Reznick
Office of the Attorney General of the State of New York
120 Broadway
New York, NY  10271-0332

Michael P. Kelly
James Connors
Jones Hirsch Connors and Bull, P.C
One Battery Park Plaza
New York, NY 10004